**Order entered April 9, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00345-CV

### STAR MEDICAL CENTER, LLC, Appellant

### V.

### TRITIN MEDICAL DISTRIBUTION LLC, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03362-2019**

## ORDER

The clerk's record in this accelerated appeal was filed March 25, 2020. The following day, a corrected clerk's record was filed. To avoid confusion, we **STRIKE** the clerk's record filed March 25th. The appeal will proceed on the corrected clerk's record.

/s/    BILL WHITEHILL
        JUSTICE